# Exhibit B



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

WASHINGTON, D.C. 20460

EXTERNAL CIVIL RIGHTS COMPLIANCE OFFICE
OFFICE OF GENERAL COUNSEL

June 29, 2020

**In Reply Refer to:**
Complaint Nos. 01NO-20-R1; 02NO-20-R1; 03NO-20-R1

Amy Laura Cahn, Esq.
Conservation Law Foundation
Counsel for Complainant Conservation Law Foundation
alcahn@clf.org

Lauren Sampson, Esq.
Iván Espinoza-Madrigal, Esq.
Oren Sellstrom, Esq.
Lawyers for Civil Rights
Counsel for Complainant GreenRoots, Inc.
lsampson@lawyersforcivilrights.org

Mr. Joshua M. Daniels
The Law Office of Joshua M. Daniels
Post Office Box 300765
Jamaica Plain, MA  02130
jdaniels@danielsappeals.com

**Re:  Administrative Complaints 01NO-20-R1, 02NO-20-R1, and 03NO-20-R1**

Dear Ms. Cahn, Ms. Sampson, and Mr. Daniels:

On June 2, 2020, the U.S. Environmental Protection Agency (EPA), External Civil Rights Compliance Office (ECRCO) received an administrative complaint against the Massachusetts Executive Office of Energy and Environmental Affairs ("EEA"), Massachusetts Department of Public Utilities ("DPU"), and the Massachusetts Energy Facilities Siting Board ("Board").  The complaint alleges that EEA, DPU, and the Board discriminated on the basis of national origin in violation of Title VI of the Civil Rights Act of 1964 and EPA's nondiscrimination regulation at 40 C.F.R. Part 7, by failing to provide meaningful language access to the limited English proficient (LEP) residents of East Boston and Chelsea during the "East Eagle Reliability Project" public participation process.  ECRCO has determined that it will reject and close the complaint against DPU and the Board.  EPA's jurisdictional determination with regard to EEA will be sent in a separate letter.

Ms. Cahn, Ms. Sampson, and Mr. Daniels

Pursuant to EPA's nondiscrimination regulation, ECRCO conducts a preliminary review of administrative complaints to determine acceptance, rejection, or referral to the appropriate Federal agency.  *See* 40 C.F.R. § 7.120(d)(1).  To be accepted for investigation, a complaint must meet the jurisdictional requirements described in the EPA's nondiscrimination regulation. First, the complaint must be in writing.  *See* 40 C.F.R. § 7.120(b)(1).  Second, it must describe an alleged discriminatory act that, if true, may violate the EPA's nondiscrimination regulation (i.e., an alleged discriminatory act based on race, color, national origin, sex, age, or disability). *Id.* Third, it must be filed within 180 days of the alleged discriminatory act. *See* 40 C.F.R. § 7.120(b)(2).  Finally, the complaint must be filed against an applicant for, or recipient of, EPA financial assistance that allegedly committed the discriminatory act. *See* 40 C.F.R. § 7.15.

EPA must reject the complaint filed against DPU and the Board for lack of personal jurisdiction. Specifically, EPA was unable to identify any direct or indirect financial assistance from EPA to DPU or the Board.  As a result, ECRCO will reject and close the complaint against these two agencies as of the date of this letter.  EPA's determination is not binding on any other agency and does not preclude you from filing a complaint with any other federal agency or state agency.

While ECRCO has determined that EEA is a recipient of EPA financial assistance, ECRCO has not yet finalized its jurisdictional determination with respect to the issues raised by the complaint.  You will be notified as soon as ECRCO makes its final jurisdictional determination with respect to EEA.

No one may intimidate, threaten, coerce, or engage in other discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the civil rights requirements that we enforce. *See* 40 C.F.R. § 7.100. Any individual alleging such harassment or intimidation may file a complaint with ECRCO.

If you have questions about this letter, please feel free to contact me at (202) 564-9649, by email at dorka.lilian@epa.gov, or Brittany Robinson, Case Manager, at (202) 564-0727, by email at robinson.brittany@epa.gov, or Zahra Khan, Case Manager, at (202) 564-0460, by email at khan.zahra@epa.gov.

    Sincerely,

    Lilian S. Dorka, Director
    External Civil Rights Compliance Office
    Office of General Counsel

Ms. Cahn, Ms. Sampson, and Mr. Daniels

cc: Angelia Talbert-Duarte
Associate General Counsel
Civil Rights & Finance Law Office

Deb Szaro
Deputy Regional Administrator
Deputy Civil Rights Official
U.S. EPA Region 1

Carl Dierker
Regional Counsel
U.S. EPA Region 1

3