UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREENROOTS, INC. and CONSERVATION LAW FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator of the Environmental Protection Agency, in his official capacity,<br><br>Defendants. | Civil Action No. 1:21-cv-10065<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

## NOTICE OF APPEARANCE OF JOSHUA M. DANIELS

Consistent with Local Rules 83.5.2(a) and 83.5.3(e)(2) of the Rules of this Court, please enter the appearance of Joshua M. Daniels as counsel of record for Plaintiff GreenRoots, Inc. in the above-captioned matter.

Dated: January 13, 2021

Respectfully submitted,

/s/ Joshua M. Daniels
Joshua M. Daniels
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
Tel: (617) 942-2190
Fax: (617) 507-6570
jdaniels@danielappeals.com

*Attorney for GreenRoots, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that this document filed on January 13, 2021through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Joshua M. Daniels
Joshua M. Daniels
