UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREENROOTS, INC.; and CONSERVATION LAW FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and MICHAEL S. REGAN, Administrator of the Environmental Protection Agency, in his official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-10065-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules for Civil Procedure, Plaintiffs, GreenRoots, Inc. and Conservation Law Foundation, and Defendants, United States Environmental Protection Agency and Michael S. Regan, Administrator of the Environmental Protection Agency, in his official capacity, stipulate and agree that the above-entitled action is dismissed, with prejudice, each party to bear its own costs and fees.

FOR THE DEFENDANTS

NATHANIEL R. MENDELL,
Acting United States Attorney

Date:  October 8, 2021

By:  /s/ *Susan M. Poswistilo*
Susan M. Poswistilo
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3103
susan.poswistilo@usdoj.gov

Case 1:21-cv-10065-ADB   Document 25   Filed 10/12/21   Page 2 of 2

FOR PLAINTIFF GREENROOTS, INC.

/s/ _Lauren Sampson_____
Lauren Sampson (BBO # 704319)
Oren Sellstrom (BBO # 569045)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, Massachusetts 02210
Tel: (617) 988-0609
lsampson@lawyersforcivilrights.org

/s/
Joshua M. Daniels
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
Tel: (617) 942-2190
Fax: (617) 507-6570
jdaniels@danielsappeals.com

FOR PLAINTIFF CONSERVATION LAW FOUNDATION

_/s/_
Staci Rubin (BBO #677782)
Caitlin S. Peale Sloan (BBO #681484)
Conservation Law Foundation
62 Summer Street, Boston, MA 02110
(617) 850-1730
srubin@clf.org